**James M. HELDERLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104311**

Missouri Court of Appeals, Eastern District, DIVISION TWO.

FILED: September 26, 2017

FOR APPELLANT: Gwenda Renee Robinson, 1010 Market Street, Suite 1100, St. Louis MO 63101.

FOR RESPONDENT: JOSHUA D. HAWLEY, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102.

Before Lisa P. Page, P.J., Roy L. Richter, J., and Philip M. Hess, J.

**ORDER**

PER CURIAM

James M. Helderle ("Movant") appeals from the motion court's judgment, after an evidentiary hearing, denying his Rule 29.15 motion for post-conviction relief. Movant was found guilty, after a jury trial,

of first-degree burglary, in violation of Section 569.160 (RSMo. 2000); forcible sodomy, in violation of Section 566.060; felonious restraint, in violation of Section 565.120; and armed criminal action, in violation of Section 571.015. Movant was sentenced to consecutive terms of eight years' imprisonment for burglary, 20 years' imprisonment for forcible sodomy, seven years' imprisonment for felonious restraint, and 40 years' imprisonment for armed criminal action, for a total sentence of 75 years.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).